

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. RAMON ALVAREZ-RODRIGUEZ, Defendant. | CASE NO. 90-CR-1320-E<br><br>ORDER DENYING MOTIONS TO BE PROVIDED WITH DOCUMENTS AND TO PROCEED IFP |

In June 2013, the Ninth Circuit Court of Appeals denied Defendant Ramon Alvarez's request to file a successive § 2255 motion. [No. 13-71336] Alvarez sought to raise a claim that his trial attorney provided ineffective assistance by advising him to reject an offer to plead guilty in exchange for a twenty-year sentence. *Lafler v. Cooper*, 132 S. Ct. 1376 (2012). Instead, Alvarez proceeded to trial and received a sentence of life in prison without the possibility of parole. The Ninth Circuit cited *Buenrostro v. United States*, 697 F.3d 1137 (9th Cir. 2012) (order). That decision held that *Lafler* did not create a new rule of constitutional law that could allow a prisoner to file a successive petition pursuant to 28 U.S.C. § 2255(h) because the Supreme Court had merely applied the firmly established principles of *Strickland v. Washington*, 466 U.S. 668 (1984) and *Hill v. Lockhart*, 474 U.S. 52 (1985).

Soon thereafter, Alvarez submitted a request to proceed *in forma pauperis* on his request for a copy of the reporter's transcript of his December 9, 1991 sentencing hearing. The *pro se* motions were forwarded to chambers with discrepancy orders, but the Court instructed the clerk to file the motions.

1   The Court denies the motion to be provided with documents. 28 U.S.C. § 753(f).
2   A prisoner is not entitled to free copies of transcripts simply because he intends to
3   bring a § 2255 motion for post-conviction relief in the future. *Hoover v. United States*,
4   416 F.2d 431, 431-32 (6th Cir. 1969); *United States v. Groce*, 838 F. Supp. 411, 414-
5   16 (E.D. Wis. 1993). Here, Alvarez has not shown a non-frivolous need for the
6   transcript. *United States v. Shoaf*, 341 F.2d 832 (4th Cir. 1964); *United States v.*
7   *Fabian*, 758 F. Supp. 804 (D. R.I. 1991); *see Henderson v. United States*, 734 F.2d
8   483, 484 (9th Cir. 1984).
9   The Court denies as moot the motion to proceed *in forma pauperis*. *See Groce*,
10  838 F. Supp. at 413.
11  IT IS SO ORDERED.
12  DATED: September 16, 2013

WILLIAM B. ENRIGHT, Senior Judge
United States District Court